AO 94 (10/82) Commitment to Another District (Rule 40, FRCrP)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. Atlanta
DEC -1 2014
James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA,

vs.

RICK LEE EVANS,

**COMMITMENT TO ANOTHER DISTRICT**

CASE NO. 1:14-MJ-1060

Charges against the defendant are filed based upon a(n):

☑ indictment  ☐ information  ☐ complaint  ☐ other (specify)

charging a violation of **Title 18, United States Code, Section(s) 2241.**

**DISTRICT OF OFFENSE:** Easter Division, Northern District Alabama

**DATE OF OFFENSE:**

**DESCRIPTION OF CHARGES:**

**BOND IS FIXED AT:** $ detained pending removal ONLY.

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated at Atlanta, Georgia this 1st day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

**Date Commitment Order Received:** _____

**Place of Commitment:** _____

**Date Defendant Committed:** _____

**Date:** _____

**United States Marshal:** _____

**(By) Deputy Marshal:** _____

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC -1 2014

James N. Hatten, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

v.

__RICK LEE EVANS__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:14-MJ-1060

CHARGING DISTRICTS
CASE NUMBER: 1:14-CR-333

I understand that charges are pending in the __Northern__ District of __Alabama__ alleging violation of __18 U.S.C. Section 2241__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Defendant_

12/1/14
_Date_

_Defense Counsel_

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

DATE: 12/1/2014 @ ____ pm

TAPE: FTR

TIME IN COURT: ____ Mins

MAGISTRATE JUDGE: JANET F. KING     COURTROOM DEPUTY CLERK: K. THORNTON
CASE NUMBER: 1:14-MJ-1060     DEFENDANT'S NAME: Rick Lee Evans
AUSA: Mary Roemer     DEFENDANT'S ATTY: Nicole Kaplan
USPO / PTR: ____     ( ) Retained  ( ) CJA  (X) FDP  ( ) Waived
ARREST DATE: ____

- [X] Initial appearance hearing held.
- [ ] Defendant informed of rights.
- [ ] Interpreter sworn: ____

## COUNSEL

- [X] ORDER appointing Federal Defender as counsel for defendant.
- [ ] ORDER appointing ____ as counsel for defendant.
- [ ] ORDER: defendant to pay attorney's fees as follows: ____

## IDENTITY / PRELIMINARY HEARING

- [X] Defendant WAIVES identity hearing.     [X] WAIVER FILED
- [ ] Identity hearing HELD.     [ ] Def is named def. in indictment/complaint; held for removal to other district.
- [X] Defendant WAIVES preliminary hearing in this district only.     [ ] WAIVER FILED
- [ ] Preliminary hearing HELD.     [ ] Probable cause found; def. held to District Court for removal to other district
- [X] Commitment issued to the Northern District of Alabama, Eastern Division.

## BOND/PRETRIAL DETENTION HEARING

- [ ] Government motion for detention filed. Pretrial hearing set for ____ @ ____
- [ ] Pretrial hearing set for ____ @ ____ ( ____ In charging district.)
- [ ] Bond/Pretrial detention hearing held.
- [ ] Government motion for detention ( ) GRANTED  ( ) DENIED
- [ ] Pretrial detention ordered.     ____ Written order to follow.
- [ ] BOND set at $ ____     ____ NON-SURETY     ____ SURETY
  ____ cash     ____ property     ____ corporate surety ONLY
- [ ] SPECIAL CONDITIONS: ____

---

- [ ] Bond filed. Defendant released.
- [ ] Bond not executed. Defendant to remain in Marshal's custody.
- [ ] Motion ( ____ verbal) to reduce/revoke bond filed.
- [ ] Motion to reduce/revoke bond ____ GRANTED ____ DENIED
- [ ] See page 2

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC -1 2014

James N. Hatten, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICK LEE EVANS,

    Defendant.

CASE NO. 1:14-MJ-1060

## ORDER APPOINTING COUNSEL

Nicole Kaplan for Brian Mendelsohn

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 1st day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

CLOSED

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:14-mj-01060-JFK All Defendants
## Internal Use Only

Case title: USA v. Evans
Other court case number: 14-cr-333 USDC, Northern District of Alabama, Eastern

Date Filed: 12/01/2014
Date Terminated: 12/01/2014

Assigned to: Magistrate Judge Janet F. King

**Defendant (1)**

**Rick Lee Evans**
*TERMINATED: 12/01/2014*

represented by **Brian Mendelsohn**
Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: Brian_Mendelsohn@FD.ORG
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                        **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                     **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                            **Disposition**
18:2241(c) - AGGRAVATED
SEXUAL ABUSE-WITH CHILDREN

**Plaintiff**

USA                             represented by    **Mary Christine Roemer**
                                                  Office of United States Attorney
                                                  Northern District of Georgia
                                                  75 Spring Street, S.W.
                                                  600 United States Courthouse
                                                  Atlanta, GA 30303
                                                  404-581-6000
                                                  Email: mary.roemer@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2014 |   | Arrest (Rule 40) of Rick Lee Evans. (mdy) (Entered: 12/02/2014) |
| 12/01/2014 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Brian Mendelsohn as counsel for Rick Lee Evans. Signed by Magistrate Judge Janet F. King on 12/1/2014. (mdy) (Entered: 12/02/2014) |
| 12/01/2014 | 2 | Minute Entry for proceedings held before Magistrate Judge Janet F. King as to Rick Lee Evans: Initial Appearance in Rule 5(c)(3) Proceedings held on 12/1/2014. Defendant waives Identity Hearing. Waiver filed. Commitment issued. (Attachments: # 1 Indictment) (Tape #FTR) (mdy) (Entered: 12/02/2014) |
| 12/01/2014 | 3 | WAIVER of Rule 40 Hearings by Rick Lee Evans. (mdy) (Entered: 12/02/2014) |
| 12/01/2014 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Rick Lee Evans. Defendant committed to District of USDC for the Northern District of Alabama, Eastern Division. Signed by Magistrate Judge Janet F. King on 12/1/2014. (NEF to USMS) (mdy) (Entered: 12/02/2014) |
| 12/01/2014 |   | Magistrate Case Closed. Defendant Rick Lee Evans terminated. (mdy) (Entered: 12/02/2014) |