# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **Case No.: 1:14-CR-333-AKK-JEO** |
| ) | |
| **RICK LEE EVANS** ) | |

## JOINT MOTION TO SUPPLEMENT THE RECORD

Comes now both parties – the United States, by and through its United States Attorney, and Defendant Rick Lee Evans, by and through his attorney – and move this Court to supplement the record of the Motions Hearing held on May 26, 2015. The Parties show the following grounds for this motion.

1. At the Motions Hearing held on May 26, 2015, both parties advised the Court that they would move to supplement the record with the January 25, 2011, letter from the Heidelberg District Attorney.

2. Attached for the Court's consideration as Exhibit #1 is the original letter from the Heidelberg District Attorney, dated January 25, 2011, which is written in German.

3. Attached for the Court's consideration at Exhibit #2 is the English translation of the July 25, 2011, letter.

Respectfully submitted,

| | |
|---|---|
| JOYCE WHITE VANCE | KEVIN L. BUTLER |
| United States Attorney | Federal Public Defender |
| | |
| **/s/ Sarah Chang** | **/s/ Robin P. Robertson** |
| Sarah Chang | Robin P. Robertson |
| Trial Attorney | Assistant Federal Public Defender |

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

**/s/Robin P. Robertson**
Robin P. Robertson
Assistant Federal Public Defender

ADDRESS OF COUNSEL:

Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Robin_Robertson@fd.org