FILED
2015 Aug-04 AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit F

FILED
2015 May-27 PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Baden-Württemberg
### District Attorney's Office Heidelberg

German handwriting,
written in English
Received Feb. 8, 2011

District Attorney's Office Heidelberg – Kurfürstenanlage 23 – 69115 Heidelberg

| | |
|---|---|
| Date: | January 25, 2011 |
| Name: | Ms. Vierneisel |
| Tel. (direct): | 06221 59-2027 |
| File No.: | 330 Js 1534/11 |
| | (Please add in correspondence) |

Office of the Staff Judge Advocate
HQ V Corps
P.O. Box 104444
69034 Heidelberg

Handwritten:   Urgent

Investigation proceedings
Against Rick Evans
Because of suspicion of sexual abuse of children

Request (*requisition, petition*) dated January 24, 2011

Attachment(s)
1 File

Gentlemen,

As an attachment, I am transmitting the original of the proceedings process of discovery for your information and keeping.

Please confirm receipt of file.

With best regards,

(signature)

Vierneisel
District Attorney