IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No.: 1:14-CR-333-AKK-JEO |
| ) | |
| RICK LEE EVANS ) | |

**APPEAL OF MAGISTRATE'S ORDER DENYING IN PART MR. EVANS'S MOTION TO RECONSIDER ON THE MOTION TO COMPEL CERTAIN DOCUMENTS**

Mr. Evans appeals the Magistrate's Order (Doc. 111) denying in part Mr. Evans's Motion to Reconsider (Doc. 75) the Magistrate's previous Order (Doc. 72), which denied Mr. Evans's Motion to Compel certain documents. In support of this appeal, Mr. Evans states as follows:

1.  On April 13, 2015, Mr. Evans filed a Motion to Compel Production of Certain Documents (Doc. 50), which Mr. Evans argued were necessary for presenting evidence supporting his Second Motion to Dismiss for Failure to Prosecute (Doc. 30), his Third Motion to Dismiss for Compulsory Process (Doc. 36), and his Fourth Motion to Dismiss for Lack of Jurisdiction (Doc. 37).

2.  On May 18, 2015, the government filed a response opposing Mr. Evans's Motion to Compel (Doc. 60).

3.  On May 22, 2015, Mr. Evans filed a Reply to the Government's Opposition (Doc. 63).

4.  On June 11, 2015, the Magistrate Court issued an Order denying Mr. Evans's Motion to Compel (Doc. 72).

1

5. On June 25, 2015, Mr. Evans filed an Appeal of the Magistrate's Order Denying Motion to Compel (Doc. 77) but asked this Court to hold its ruling in abeyance while Mr. Evans filed a Motion to Reconsider with the Magistrate Court asking that the Magistrate Court reconsider its decision or, in the alternative, to order an *in camera* review of the requested documents. Mr. Evans filed his Motion to Reconsider (Doc. 75) on the same day that he filed his Appeal.

6. On October 2, 2015, the Magistrate Court issued an Order whereby the Magistrate Court granted in part Mr. Evans's Motion to Reconsider by stating that the Magistrate Court had reconsidered the previous Order. But the Magistrate Court the remainder of Mr. Evans's Motion, without addressing Mr. Evans's motion in the alternative requesting an *in camera* review of the documents.

7. For the reasons set forth in Mr. Evans's Motion to Compel (Doc. 50), his Reply to the government's opposition (Doc. 63), his Appeal of the Magistrate's Order (Doc. 77), and his Motion for Reconsideration (Doc. 75), Mr. Evans asks this Court to overrule the Magistrate's Order denying his Motion to Compel (Doc. 72). In the alternative, Mr. Evans asks this Court to order an *in camera* review of the requested documents. Should the Court conclude that the documents are relevant to Mr. Evans's argument that the government's lengthy delay was deliberate and assisted the government in gaining a tactical advantage, Mr. Evans asks this Court to either rule in favor of Mr. Evans's Second Motion to Dismiss or provide the documents to defense counsel for the purpose of conducting an evidentiary hearing on this matter.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

Respectfully submitted,

**/s/Sabra M. Barnett**

**/s/Sabra M. Barnett**
Sabra M. Barnett
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Sabra_Barnett@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.