IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 1:14-CR-333-AKK-JEO |
| ) | |
| **RICK LEE EVANS** ) | |

## PARTIAL APPEAL OF MAGISTRATE'S ORDER DENYING MR. EVANS'S MOTION TO ISSUE SUBPOENA TO CHRISTINE DUEY

     Mr. Evans partially appeals the Magistrate's Order (Doc. 112) to the extent that it denies Mr. Evans's request to issue a subpoena to Department of Justice Attorney Christine Duey.  In support of this Appeal, Mr. Evans relies on the reasons set forth in his Motion for Leave to Issue Subpoenas for Evidentiary Hearing (Doc. 83) and his Reply to Government's Opposition to Motion for Leave to Issue Subpoenas to Department of Justice Attorneys (Doc. 96).  For the reasons set forth in those pleadings, Mr. Evans asserts that Ms. Duey's testimony is relevant and necessary to his support his Fourth Motion to Dismiss for Lack of Jurisdiction (Doc. 37) and his Supplemental Briefing in Support of his Fourth Motion to Dismiss (Doc. 84).  In light of the reasons set forth in his Motions, Mr. Evans asks this Court to overrule the Magistrate's Order and allow Mr. Evans to issue a subpoena to Christine Duey.

                                    Respectfully submitted,

                                    KEVIN L. BUTLER
                                  Federal Public Defender

**/s/Sabra M. Barnett**
Sabra M. Barnett
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Sabra_Barnett@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

**/s/Sabra M. Barnett**