FILED

2015 Oct-15  PM 04:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No.: 1:14-CR-333-AKK-JEO** |
| | ) | |
| **RICK LEE EVANS** | ) | |

**RESPONSE IN PARTIAL SUPPORT OF MAGISTRATE COURT'S ORDER FOR
UNITED STATES TO IDENTIFY A FACT WITNESS FOR MR. EVANS'S
EVIDENTIARY HEARING**

Mr. Evans asks this Court to deny the government's Objection and Appeal to the Magistrate Court's Order, to the extent that it requires that the government identify and make available a fact witness(es) to answer questions about the delay in question at the upcoming evidentiary hearing scheduled for October 20, 2015 and October 21, 2015.   Mr. Evans relies on the pleadings already submitted in this case to support his request that he be allowed to question persons with knowledge about the significant delay that occurred from the time of the original outcry in July 2009 until the date of the indictment – October 30, 2014.   These pleadings include Mr. Evans's Second Motion to Dismiss for Failure to Prosecute (Doc. 30), his Reply to the Government's Opposition to Mr. Evans's Second Motion to Dismiss and Request for Taint Hearing (Doc. 88), his Motion to Issue Subpoenas for the Evidentiary Hearing (Doc. 83) and his Response to the Government's Opposition to Motion for Leave to Issue Subpoenas (Doc. 96).   Mr. Evans further states that this issue has been fully briefed and opposes the government's request that they be allowed additional briefing on this matter.   Mr. Evans is prepared to conduct the currently scheduled evidentiary hearing and asks this Court to order the government to produce a witness or witnesses with first hand knowledge of the case's progression.

Respectfully submitted,
KEVIN L. BUTLER
Federal Public Defender

**/s/Sabra M. Barnett**
Sabra M. Barnett
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Sabra_Barnett@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

**/s/Sabra M. Barnett**