FILED
2015 Dec-11 PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

*FILED*
*United States District Court*
*Northern District of Alabama*
*DEC 11 2015*
*Judge Abdul Kallon*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| v. | ] |
| | ] CASE NO. 1:14-cr-333-AKK |
| RICK LEE EVANS, | ] |
| | ] |
| Defendant. | ] |

## VERDICT

We, the jury, find the defendant, **RICK LEE EVANS**, ___Guilty___ as charged in Count One of the Indictment.

12-11-2015
**Date**