IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No.: 1:14-CR-333-AKK-JEO |
| ) | |
| RICK LEE EVANS ) | |

**OBJECTIONS TO PRESENTENCE REPORT**

COMES NOW, Mr. Rick Lee Evans, by and through his undersigned counsel of record, pursuant to Federal Rule of Criminal Procedure 32(f) and hereby objects to the following item in the Presentence Investigation Report ("PSR") as follows:

1)      Mr. Evans objects to Paragraph 4 through Paragraph 17.  Mr. Evans maintains his innocence and denies any wrongdoing with M.C.  Mr. Evans also denies any knowledge of child pornography.

2)      Mr. Evans objects to Paragraphs 21 through 33 and to Paragraphs 64 through 74 for the reasons stated in #1 above.

2)      Mr. Evans maintains his innocence and denies any wrongdoing.  Mr. Evans objects to Paragraph 32 for the additional reason that there is no support for an enhancement pursuant to §4B1.5(b).

3)      Mr. Evans objects to Paragraph 36.  Specifically, Mr. Evans challenges the validity of any judgment that may have been entered against him in Heidelberg, Germany.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/Sabra M. Barnett**
Sabra M. Barnett
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170 Office
Sabra_Barnett@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

**/s/Sabra M. Barnett**
Sabra M. Barnett